

# INVOICE

INVOICE DATE:  JULY 28, 2017

FROM:  Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street Suite 11R
New York, NY 10001

TO:  LG Capital Funding LLC

| DATE | PROJECT | DESCRIPTION | HOURS |
|---|---|---|---|
| NOV-07-16 | WGAS | (Kevin Kehrli) package for Jm | 0.10 |
| NOV-08-16 | WGAS | Prepare docs for filing in EDNY (Complaint, Cheat Sheet, Excel spreadsheet, Civil Cover Sheet). Use edits on RITE and MLHC. | 4.00 |
| NOV-11-16 | WGAS | (Kevin Kehrli) Review edit and send default letter | 0.60 |
| NOV-11-16 | WGAS | (Kevin Kehrli) Gather exhibits; draft summons and cover sheet; file | 0.90 |
| NOV-16-16 | WGAS | (Kevin Kehrli) Download dkt and organize for service | 0.30 |
| NOV-16-16 | WGAS | (Kevin Kehrli) Company research; calls from process server; arrange for service | 0.70 |
| NOV-30-16 | WGAS | (Kevin Kehrli) Contact process service; file affidavit | 0.20 |
| DEC-14-16 | WGAS | (Kevin Kehrli) Review order and calendar | 0.10 |
| DEC-21-16 | WGAS | (Kevin Kehrli) Draft letter and file | 0.40 |
| DEC-27-16 | WGAS | Prepare documents for Certificate of Default request. | 0.80 |
| DEC-27-16 | WGAS | (Kevin Kehrli) Package for default cert | 0.20 |
| DEC-27-16 | WGAS | (Kevin Kehrli) Review JM docs; file | 0.60 |
| MAR-02-17 | WGAS | Return Janet Hamilton phone call. Pass along her message to KK. | 0.10 |
| APR-11-17 | WGAS | (Kevin Kehrli) Email process server; review responses | 0.20 |
| APR-12-17 | WGAS | (Kevin Kehrli) Review new aff | 0.10 |
| APR-17-17 | WGAS | (Kevin Kehrli) Review docket; file new service aff | 0.30 |

| DATE | PROJECT | DESCRIPTION | HOURS |
| --- | --- | --- | --- |
| APR-27-17 | WGAS | (Kevin Kehrli) Call with clerk of court | 0.10 |
| APR-28-17 | WGAS | (Kevin Kehrli) Draft letter re: service; MS strategy and edits; file | 0.90 |
| MAY-02-17 | WGAS | (Kevin Kehrli) Email CH re: service | 0.10 |
| MAY-03-17 | WGAS | (WGAS) Analyze the Judge's Order re: proper service of process to WGAS in NV absent RA; request a Certificate of RA Vacancy for service of process to the Secretary of State of Nevada. (Chris Han). | 1.20 |
| MAY-14-17 | WGAS | (WGAS) Serve the Nevada Secretary of state with Certificate of RA. (Chris Han). | 0.20 |
| MAY-15-17 | WGAS | (WGAS) Draft and file Notice of Appearance (Chris Han). | 0.10 |
| MAY-16-17 | WGAS | (WGAS) Contact process server in NV; compressed files; call for quote and send service for filing to NV SOS. (Chris Han). | 0.70 |
| MAY-17-17 | WGAS | (WGAS) Email process server re: invoices and payment and proof of service for service on NV SOS. (Chris Han). | 0.10 |
| MAY-19-17 | WGAS | (WGAS) Draft status report and file proof of service made upon NV SOS pursuant to Court Order. (Chris Han). | 0.50 |
| JUN-28-17 | WGAS | (WGAS) Received a call from Janet H. Clerk of the Court re: the capacity of Monica Barajas to receive service. (Chris Han). | 0.10 |
| JUN-30-17 | WGAS | (WGAS) Draft Status report for filing Motion for Default Judgment; check docket for service of process records. (Chris Han). | 0.50 |
| JUL-03-17 | WGAS | (WGAS) Prepare status report for filing. (Chris Han). | 0.50 |
| JUL-06-17 | WGAS | (Kevin Kehrli) Review order and calendar dates | 0.10 |
| JUL-24-17 | WGAS | (WGAS) Prepare Declaration of Chris Han in connection with Motion for Default Judgment (Chris Han). | 0.70 |
| JUL-24-17 | WGAS | (WGAS) Prepare Declaration of Joseph Lerman in connection with Motion for Default Judgment (Chris Han). | 0.80 |
| JUL-24-17 | WGAS | (WGAS) Draft and edit Proposed Judgment, Notice of Motion, Calculate damages amount as of the date of filing. (Chris Han). | 0.70 |
| JUL-24-17 | WGAS | (WGAS) Draft and edit Memorandum of Law in support of Motion for Default Judgment. (Chris Han). | 0.70 |
| JUL-24-17 | WGAS | (WGAS) Prepare invoices and receipts in support of claiming for costs in Declaration of Chris Han in connection with Motion for Default Judgment. (Chris Han). | 0.50 |

| DATE | PROJECT | DESCRIPTION | HOURS |
|---|---|---|---|
| JUL-26-17 | WGAS | (WGAS) Edit Declaration of JL and CH and calculation of attorneys' time and assemble exhibits. | 0.40 |
| JUL-26-17 | WGAS | (WGAS) Edit JL Declaration. | 0.60 |
| JUL-27-17 | WGAS | (WGAS) Review JL Declaration and email to LG for signature. | 0.10 |
| JUL-28-17 | WGAS | (WGAS) Edit Han Declaration in support of Default Judgment, assemble exhibits for filing. (Chris Han). | 0.80 |
| JUL-28-17 | WGAS | (WGAS) Prepare invoice in support for default judgment. (Chris Han). | 0.30 |
| JUL-28-17 | WGAS | (WGAS) Edit Proposed Judgment, Certificate of Service, Memorandum of Law in support of Motion for Default Judgment, assemble exhibits for filing. (Chris Han). | 0.60 |
| | | Total hours for this invoice | 20.90 |
| | | Total amount of this invoice | |