AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-6288 NGG-ST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* L 6 Capital Funding, LLC
was received by me on *(date)* 11/16/2016 @ 8:40 AM PST

☐ I personally served the summons on the individual at *(place)*
                                                                          on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                       , a person of suitable age and discretion who resides there,
on *(date)*            , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anna Hemmenich , who is
designated by law to accept service of process on behalf of *(name of organization)*
Worthington Energy, Inc.    on *(date)* 11/17/2016 - 11:50 AM PST ; or

☐ I returned the summons unexecuted because                                                      ; or

☐ Other *(specify)*:

My fees are $ 85.00   for travel and $  —   for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: 11/17/2016

                                                  *Estelle Bhl*
                                                  Server's signature

                                                  Gosteller Bruhl
                                                  Printed name and title  Marin County
                                                  Process Server #228

                                                  211 Cleveland Ave, M.U Valley Ca
                                                  Server's address          94941

Additional information regarding attempted service, etc:

[Print]   [Save As...]                                                            [Reset]

Case 1:16-cv-06288-NGG-ST   Document 4   Filed 11/15/16   Page 2 of 2 PageID #: 48

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-6288 NGG-ST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Worthington Energy, Inc. A SOP**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Anna Hammenick @ the UPS Store**, who is designated by law to accept service of process on behalf of *(name of organization)* **Worthington Energy, Inc., 145 Corte Madera Town Center, Corte Madera, Ca 94925** on *(date)* **11/17/2016** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **85.00** for ~~travel~~ EB and $ _____ for ~~services~~, for a total of $ **85.00** EB.

I declare under penalty of perjury that this information is true.

Date: **4-13-2017**

*Server's signature* **Estell Bre #228, Marin County**

*Printed name and title* **Esteller Bruhl, Registered Process Server**

*Server's address* **211 Cleveland Avenue, Mill Valley, Ca 94941**

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# STATE OF NEVADA



**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary
for Commercial Recordings*

**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

ATTN: CHRIS C HAN

NV

**Job:C20170508-1492**
May 10, 2017

**Special Handling Instructions:**
CERTIFICATE OF RA VACANCY
EMAILED BACK R TUIN 5-10-2017
JOB#C20170508-1492
CH@GS2LAW.COM

**Charges**

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Registered Agency Vacancy | 20150051290-05 | 2/3/2015 7:49:16 AM | 1 | $50.00 | $50.00 |
| Total | | | | | $50.00 |

**Payments**

| Type | Description | Amount |
|---|---|---|
| Credit | 4944273071076905303023 | $50.00 |
| Total | | $50.00 |

Credit Balance: $0.00

**Job Contents:**
Resident Agency Vacancy(s):            1

ATTN: CHRIS C HAN

NV



# CERTIFICATE OF REGISTERED AGENT VACANCY

I, Barbara K. Cegavske, the duly qualified and elected Nevada Secretary of State, do hereby certify that I am, by the law of said state, the custodian of the records relating to the designation of a registered agent for corporations existing under and by virtue of the laws of the State of Nevada, and am the proper officer to execute this certificate.

I FURTHER CERTIFY that as of the date of this certificate our records show that **WORTHINGTON ENERGY, INC.**, a Nevada corporation, has a vacancy in its registered agent designation. The previous registered agent, CAPITOL CORPORATE SERVICES, INC. resigned on February 3, 2015 and no other person or entity has been designated as registered agent and filed with our office as such since that date.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on May 10, 2017.

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Certified By: Rhonda Tuin
Certificate Number: C20170508-1492
You may verify this certificate
online at http://www.nvsos.gov/





# Legal Process Service
**Professional Service Since 1982**
724 S. Eighth Street, Las Vegas, Nevada 89101-7005
Telephone (702) 471-7255   Fax (702) 471-7248
Tax ID - 88-0293775   State Lic. #604
www.LPSNV.com   contact@LPSNV.com

Invoice # **1703310**
Invoice Date: 05/18/2017

**Garson, Segal, Steinmetz, Fladgate LLP**
Kevin Kehrli
Attention: Chris C. Han
164 West 25th St., #11R
New York, NY 10001

Insured:
Attention: **CHRIS C. HAN**

Service was accepted by Monica Barajas at 555 Washington Ave., Suite 5200, Las Vegas, NV 89101. Thank you, Josefina 05/17.

**THANK YOU FOR CHOOSING LPS!**

***Good Morning, Chris! Service has been prepped

| | |
|---|---|
| Plaintiff(s) | LG Capital Funding, LLC |
| | vs |
| Defendant(s) | Worthington Energy, Inc. |
| Re: | Washington Energy, Inc. |
| Documents Served or Service Provided | Summons in a Civil Action; Verified Complaint; Certificate of Registered Agent Vacancy; Secretary of State Cover Letter; Check to Secretary of State - $10.00 |

Court: United States District
County: Eastern District
Case No.: 1:16-cv-06288-NGG-
Dept. No.:
Your File:
Hearing Date: 05/15/2017
Date Served: 05/17/2017
Time Served: 9:16 am

| Date | Service Description | Service Fee | Date Paid | Check# / Auth # | Fee Paid |
|---|---|---|---|---|---|
| | Advance Deposit CC | | 05/17/17 | 60145526425 | $95.20 |
| 05/16/17 | 36 Pages @ $.20/Page | $7.20 | 05/18/17 | 6014761954 | -$10.00 |
| 05/16/17 | Check Advance + Check Fee | $13.00 | | | |
| 05/17/17 | Serve c/o SOS (includes mandatory cover letter) accepted by | $65.00 | | | |
| | **Sub-Totals:** | **$85.20** | | **Total Paid:** | **$85.20** |

**Terms:** Payment is due in full upon receipt; and is not contingent upon client or insurance reimbursement. A past due fee of 15% will be assessed on all outstanding invoices of 30 days or more from the invoice date.

**Total Amount Due =**   $0.00
**Invoice Due Date:**   6/17/2017

---

Please detach and return this section with your payment. Make checks payable to Legal Process Service

Garson, Segal, Steinmetz, Fladgate LLP
Kevin Kehrli
164 West 25th St., #11R
New York, NY 10001

*We Appreciate Your Business! Thank You!*
*Please Pay By Due Date To Avoid Past Due Charges.*

**Remit Payment to:**

**Legal Process Service**
**724 South 8th Street**
**Las Vegas, NV 89101**

Work Order #   1703310
Invoice Date:   05/18/2017
Invoice Due Date:   6/17/2017
Client ID#   M6724

Total Amount Due =   $0.00

Case 1:16-cv-06288-NGG-ST   Document 15-3   Filed 07/28/17   Page 6 of 6 PageID #: 78