**AFFT**
Garson, Segal, Steinmetz, Fladgate LLP
Kevin Kehrli
164 West 25th St., #11R
New York, NY 10001
State Bar No.: KK7568
Attorney(s) for:

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LG Capital Funding, LLC** *Plaintiff(s)* vs **Worthington Energy, Inc.** *Defendant(s)* | Case No.: **16-CV-6288 (NGG) (ST)** Dept. No.: Date: Time: |

### AFFIDAVIT OF SERVICE

I, **Robert Joseph Watts**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1** copy(ies) of the: **Report and Recommendation; Certificate of Registered Agent Vacancy; Secretary of State Cover Letter; Check to Secretary of State $10.00** on the **27th** day of **February**, **2018** and served the same on the **27th** day of **February**, **2018** at **11:52am** by serving the **Defendant(s)**, **Worthington Energy, Inc.** by personally delivering and leaving a copy at **Nevada Secretary Of State, 555 Washington Ave, Suite 5200, Las Vegas, NV 89101** with **Irella Liriano** as **Process of Service** an agent lawfully designated by statute to accept service of process.

**State of Nevada, County of Clark**

SUBSCRIBED AND SWORN to before me on this **27th** day of **February 2018**

Notary Public   **K.E. Murray**

Affiant - Robert Joseph Watts # R-096989

**Legal Process Service**   License # 604
WorkOrderNo **1801489**

Legal Process Service, 724 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255